IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID ALLEN GELDMACHER | : | |
| Plaintiff | : | CIVIL ACTION NO. AMD-02-3978 |
| v. | : | |
| FIRE FIGHTERS LOCAL #734 | : | |
| Defendant | : | |

oOo

### ORDER

Plaintiff filed the above-captioned action and paid the civil filing fee on December 10, 2002. Accordingly, Plaintiff now bears the responsibility for effecting service of process on Defendant. Pursuant to Fed.R.Civ.P. 4, Plaintiff may do so by presenting a summons to the Clerk of the Court for signature and seal and then serving a copy of the summons and complaint on each Defendant. Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.

Plaintiff is reminded that under Fed.R.Civ.P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served Defendant.[1] If Plaintiff does not use a private process service, and instead uses registered or

---

[1] If there is no record in the court file that service was effected on Defendant, Plaintiff risks dismissal of his cause of action. Pursuant to F.R.Civ.P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the pleading seeking the affirmative relief, the Court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the Court, the claim shall be dismissed without prejudice.

certified mail to make service, they must file with the Court the United States Post Office acknowledgment as proof of service.

Accordingly, IT IS this __17__ day of __December__, 2002 by the United States District Court for the District of Maryland,

ORDERED that the Clerk of Court **MAIL** a copy of this Order to Plaintiff.

                                                                      Andre M. Davis
                                                                       United States District Judge