IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ALLEN GELDMACHER,    :
   Plaintiff
                              :

   v.                              :    Civil No. AMD 02-3978

FIREFIGHTERS LOCAL NO. 734,    :
   Defendant                      :

...o0o...

MEMORANDUM

    This pro se case was instituted on a printed form the Court makes available for laypersons. Plaintiff's abbreviated statement of claim appears to charge his union, Baltimore City Fire Fighters Local 734, I.A.F.F., with unfair and/or discriminatory treatment. Defendant has filed a motion to dismiss, which I shall treat as a motion for summary judgment alleging, *inter alia*, that the court lacks subject matter jurisdiction over a claim by a governmental employee against his union. Manifestly, defendant's motion is well taken. Accordingly, an Order granting defendant's motion, without prejudice, follows.

Filed: January 27, 2003

                                              ANDRE M. DAVIS
                                              UNITED STATES DISTRICT JUDGE