IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ALLEN GELDMACHER,  :
   Plaintiff  :
     :
v.  :   Civil No. AMD 02-3978
     :
FIREFIGHTERS LOCAL NO. 734,  :
   Defendant  :

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 27th day of January, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendant's Motion to Dismiss, treated as a Motion for Summary Judgment is GRANTED AND THIS CASE IS DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record and to plaintiff pro se.

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE