IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ALLEN GELDMACHER,
    Plaintiff

v.      CIVIL NO. AMD 02-3978

BALTIMORE CITY FIRE
FIREFIGHTERS LOCAL # 734,
    Defendant

...oOo...

ORDER

Plaintiff's motions to amend complaint and for reconsideration have been read and considered. The Court is cognizant of plaintiff's pro se status. Nevertheless, the Court is not persuaded that its prior ruling should be altered. The motion for reconsideration is accordingly not well taken and shall be denied. The motion to amend is moot.

It, therefore, this 11th day of February, 2003, hereby ORDERED

(1)     That motion for reconsideration (Paper No. 11) is DENIED; and it is further ORDERED

(2)     That the motion to amend (Paper No. 10) is DENIED AS MOOT; and it is further ORDERED

(3)     That the Clerk shall TRANSMIT a copy of this order to all counsel and to plaintiff pro se.

                                             ANDRE M. DAVIS
                                             United States District Judge